**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| KEVIN A. GYGER | § | Case Number: 16-80272 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

CERTIFICATE OF SERVICE

     The undersigned certifies that on  October 10  , 2016, she served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

Kevin Gyger
704 13th Avenue
Sterling, IL 61081

Attorney Mark Zaleski
10 North Galena Ave Suite 220
Freeport, IL 61032

U.S. Trustee Patrick Layng
219 South Dearborn Street, Room 873
Chicago, IL 60604

Discover Personal Loans
P.O. Box 30954
Salt Lake City, UT 84130

Discover Bank
Discover Products Inc
P.O. Box 3025
New Albany, OH 43054-3025

PYOD LLC its successors and assigns as
assignee of Citibank NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Wells Fargo Card Services
1 Home Campus 3rd Floor
Des Moines, IA 50328

                                                      /s/ Joseph D. Olsen, Chapter 7 Trustee

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635